

**HIGIER ALLEN & LAUTIN**
*Attorneys & Counselors*

5057 Keller Springs Road | Suite 600 | Addison, Texas | 75001

# REDACTED

October 28, 2011

Texas Capital Bank, N.A.
2000 McKinney Avenue, Suite 700
Dallas, TX 75201
Attn: Ms. Julie Anderson

File No: ▓▓▓▓
Invoice No: 1048550

Contact: Paul Noonan
Reference: Dallas Roadster, Ltd. ($4,000,000.00)

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 9/15/2011 | TIH | Review prepare | 6.50 @ 350.00/hr | 2,275.00 |
| 9/16/2011 | TIH | Continued preparation of , e-mails | 3.00 @ 350.00/hr | 1,050.00 |
| 9/20/2011 | TIH | Telephone conference with | 1.00 @ 350.00/hr | 350.00 |
| 9/22/2011 | TIH | Revise | 2.00 @ 350.00/hr | 700.00 |
| 10/5/2011 | TIH | Telephone conference with | 1.00 @ 350.00/hr | 350.00 |
| 10/19/2011 | TIH | Preparation for | 3.00 @ 350.00/hr | 1,050.00 |

**Total Professional Services** $5,775.00

| Date | Description | Amount |
|---|---|---|
| 9/1/2011 | Paid to TLIC onsultants, LLC for Outside Professional Fees - August 16, 2011 to August 31, 2011 | 12,670.00 |
| 9/16/2011 | Paid to SOS Direct for Certificate of Existence | 15.00 |
| | Paid to TLI Consultants, LLC for Outside Professional Fees - September 1, 2011 to September 15, 2011 | 11,960.00 |
| 10/3/2011 | Paid to TLIC onsultants, LLC for Outside Professional Fees - September 17, 2011 to September 30, 2011 | 13,055.00 |
| 10/4/2011 | Paid to County Clerk, Dallas County for Filing Fee - Modification | 76.00 |
| | Paid to Affiliated Computer Services, Inc. for Filing Fee - Modification | 3.00 |
| 10/5/2011 | Paid to County Clerk, Collin County for Filing Fee - Modification | 76.00 |
| | Paid to Affiliated Computer Services, Inc. for Filing Fee - Modification | 3.00 |
| 10/17/2011 | Paid to TLIC onsultants, LLC for Outside Professional Fees - October 1, 2011 to October 15, 2011 | 12,265.00 |
| | Paid to CSC for UCC Summary - Dallas Roadster Limited | 21.00 |
| | Paid to CSC for UCC DocumentR etrieval - Dallas Roadster | 15.00 |

**Total Reimbursable Expenses** $50,159.00

**Total Time and Expenses** $55,934.00

# REDACTED

Amount

Previous Balance $26,280.00

10/5/2011 Payment.  ($26,280.00)
10/28/2011 Payment from ($3,700.00)

Balance Due $52,234.00

Important Messages:

Please reference the invoice number and the file number on the payment.
Federal Taxpayer Number: 20-8991739.
Telephone: 972-716-1888